# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138825

IN RE STANLEY BEDNARZ TRUST

_____

EVA SMIGIELSKI,
      Petitioner-Appellant,

v

LUCYNA M. GLANTY, a/k/a LUCYNA M. GALANTY,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138825
COA: 289372
Macomb CC: 2008-003296-AV

On order of the Court, the application for leave to appeal the April 15, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

0720